THE STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. NICHOLAS ANGELERI, DEFENDANT-PETITIONER.

*Messrs. Querques & Isles* and *Mr. Harvey Weissbard* for the petitioner.

*Mr. Michael R. Imbriani* and *Mr. S. Philip Klein* for the respondent.

November 1, 1966. Denied.

JOHN D. NAGY, JR., *ETC.*, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. ANTHONY JAFOLLA, JR., *ET ALS.*, DEFENDANTS-PETITIONERS.

*Messrs. Jung, Selikoff & Rathman* for the petitioners.

*Mr. Thomas L. Yaccarino* for the respondents.

November 1, 1966. Denied.

THE STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. ELI GROSS, DEFENDANT-RESPONDENT.

*Mr. Guy W. Calissi* and *Mr. Harold N. Springstead* for the petitioner.

*Messrs. Greenstone, Mazer & Lesemann* for the respondent.

November 1, 1966. Denied.